# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE and JESSIE KAY; JOHN and NANCY MORATIS; KAITLYN SLAVIC; and MARIA IANNOME, <br><br> Plaintiffs, <br><br> v. <br><br> WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (d/b/a Howard Hanna); REEDSTONE, INC. (f/k/a Pirain Enterprises, Inc.) (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, LLC (d/b/a Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; and PRIORITY REALTY, LLC, <br><br> Defendants. | Civil Action No: 2:23-cv-02061 <br><br> Judge William S. Stickman IV |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Danielle and Jessie Kay, John and Nancy Moratis, Kaitlyn Slavic, and Maria Iannome hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment issued in this action and from the order of this Court entered on the 7th day of October, 2024, granting Defendants West Penn MLS, Everest Consulting Group LP, and Howard Hanna Company's Motion to Dismiss (ECF No. 153).

Dated: November __, 2024

*/s/ D. McArdle Booker*
Bruce C. Fox (PA 42576)
Andrew J. Horowitz (PA 311949)
D. McArdle Booker (PA 320890)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 556-1500 (Phone)
(412) 281-1530 (Fax)

Joshua D. Snyder (PA 88657)
Admitted *pro hac vice*
Benjamin J. Eichel (PA 307078)
Admitted *pro hac vice*
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
jsnyder@bonizack.com
beichel@bonizack.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November __, 2024, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

/s/ *D. McArdle Booker*_____
D. McArdle Booker
